FILED

2024 MAY -2 PM 4:07

US DISTRICT COURT
EASTERN DIST. TENN.

)
)
)
v.                                   )     NO. 3:24-cv-198
                                     )     (To be assigned by the Clerk's Office.
                                     )     Do not write in this blank.)
                                     )

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

RECEIVED

I, __Ronald Hugh Hutton__, declare that I am the:

MAY 0 2 2024

[X]     plaintiff/petitioner

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

[ ]     defendant/respondent

[ ]     Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

Potential employers might learn of "label" as described in opening paragraph of Section 4 of Complaint. Potential employers can learn of content of slander of my reputation through the grapevine, if not contacted personally by the presumed conspirators. The conspirators supposedly use the "label" as a spring board to ruin my reputation, which will likely lead to poten-

In further support of this application, I answer the following questions: tial employers harboring pre conceived notions about me as an

applicant

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last)

Ronald Hugh Hutton

YEAR OF BIRTH

1965

SOCIAL SECURITY NUMBER (last 4 digits only)

-7351

PHONE NOS.

678-485-9162

HOME ADDRESS:

418 N. Broadway St, Knoxville, TN 39717

OWN OR RENT?

S

HOW LONG AT CURRENT ADDRESS?

3 weeks

MARITAL STATUS:

n/a S

NAME AND ADDRESS OF CURRENT EMPLOYER:

n/a

TELEPHONE NUMBER OF EMPLOYER:

n/a

HOW LONG AT CURRENT EMPLOYMENT?

n/a

OCCUPATION (Describe what you do):

Lab Technician / Veterinary Feline Technician

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS: n/a        NET: n/a

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT: 1/2021

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

∼ $1500.00

Case 3:24-cv-00198-CEA-JEM   Document 1   Filed 05/02/24   Page 2 of 10   PageID #: 2

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

| | | |
|---|---|---|
| Business, professional or other form of self-employment? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Rent payments, interest, or dividends? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Pensions, annuities, or life insurance payments? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Gifts or inheritance? | [ ] Yes | [X] No |

If YES, state the source and amount:

| | | |
|---|---|---|
| Any other source? | [X] Yes | [ ] No |

If YES, state the source and amount:

Food Stamps Georgia     $ 291.00 month $3492.00 a year

Case 3:24-cv-00198-CEA-JEM   Document 1   Filed 05/02/24   Page 3 of 10   PageID #: 3

## ASSETS:

### LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

| | |
|---|---|
| CASH | $ 0.00 |
| CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below) **(Do NOT include account numbers)** | $ 0.00 |

n/a

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below) **(Do NOT include account numbers)**  $ 0.00

n/a

0.00

| STOCKS AND BONDS | $ 0.00 |
|---|---|

n/a

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)

n/a  $_____

$_____

$_____

**TOTAL REAL ESTATE**  $ 0.00

Page 4 of 10

Case 3:24-cv-00198-CEA-JEM    Document 1    Filed 05/02/24    Page 4 of 10    PageID #: 4

VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize)

n/a                                     $_____

_____           $_____

_____           $_____

**TOTAL PERSONAL PROPERTY**     $ 0.00

MOTOR VEHICLES

Year/Make          License No.          Current Value

n/a                                     $_____

_____           $_____

_____           $_____

**TOTAL VALUE OF MOTOR VEHICLES**     $ 0.00

DEBTS OWED TO YOU (Give Name of Debtor)

n/a                                     $_____

_____           $_____

_____           $_____

**TOTAL DEBTS OWED TO YOU**     $ 0.00

OTHER ASSETS (ITEMIZE)

n/a                                     $_____

_____           $_____

_____           $_____

**TOTAL OTHER ASSETS**     $ 0.00

**TOTAL OFF ALL ASSETS: $ 0.00**

Case 3:24-cv-00198-CEA-JEM   Document 1   Filed 05/02/24   Page 5 of 10   PageID #: 5

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

_____    $ _____

_____    $ _____

_____    $ _____

**TOTAL LOANS PAYABLE TO BANKS**    $ _____

| | |
|---|---|
| NOTES (LOANS PAYABLE TO OTHERS) | $ |
| MORTGAGES PAYABLE ON REAL ESTATE | $ |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ 1000.00 |
| MEDICAL BILLS | $ 1000.00 |
| TAXES AND ASSESSMENTS PAYABLE | $ 1000.00 |

OTHER LIABILITIES (Itemize)

_____    $ _____

_____    $ _____

_____    $ _____

**TOTAL LIABILITIES    $ 3000.00**

Case 3:24-cv-00198-CEA-JEM    Document 1    Filed 05/02/24    Page 6 of 10    PageID #: 6

## LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ]MORTGAGE PAYMENT (check one) | $ _____ | $ _____ |
| ELECTRICITY | $ _____ | $ _____ |
| WATER | $ _____ | $ _____ |
| GAS | $ _____ | $ _____ |
| TELEPHONE | $ _____ | $ _____ |
| FOOD | $ ~10.00 | $ ~10.00 |
| ALIMONY | $ _____ | $ _____ |
| CHILD SUPPORT | $ _____ | $ _____ |
| CHILD CARE | $ _____ | $ _____ |
| SCHOOL EXPENSES | $ _____ | $ _____ |
| AUTOMOBILE NOTE | $ _____ | $ _____ |
| AUTOMOBILE INSURANCE | $ _____ | $ _____ |
| AUTOMOBILE REPAIRS | $ _____ | $ _____ |
| GASOLINE | $ _____ | $ _____ |
| FURNITURE NOTE | $ _____ | $ _____ |
| CLOTHING | $ _____ | $ _____ |
| CABLE TELEVISION | $ _____ | $ _____ |
| LIFE INSURANCE | $ _____ | $ _____ |
| HOSPITALIZATION INSURANCE | $ _____ | $ _____ |
| DOCTORS | $ _____ | $ _____ |
| DRUGS | $ _____ | $ _____ |
| CREDIT CARDS | $ _____ | $ _____ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ _____ | $ _____ |
| TAXES | $ _____ | $ _____ |
| ANY OTHER EXPENSES (LIST) | | |
| Food | $ ~10.00 | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| TOTAL EXPENSES | | $ _____ |

Case 3:24-cv-00198-CEA-JEM    Document 1    Filed 05/02/24    Page 7 of 10    PageID #: 7

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First     Middle     Last)              YEAR OF BIRTH

n/a

SOCIAL SECURITY NUMBER (last 4 digits only)        PHONE NOS.

HOME ADDRESS (if different from yours):

OWN OR RENT?           HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT?

OCCUPATION (Describe what your spouse does):

SPOUSE'S CURRENT MONTHLY INCOME:

| | |
|---|---|
| Salary or Wages | $ n/a |
| Commissions | $ n/a |
| All other sources (Pensions; Soc.Sec.; Rent; Interest; Dividends; Alimony, etc.) | $ n/a |
| **TOTAL:** | $ 0.00 |

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

Names:                    Age:          Relationship:        Living
                                                             With Whom?

n/a

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING
CHILD SUPPORT PAYMENTS (exclude spouse)            $ n/a

TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE,
AND DEPENDENTS                                     $ 0.00

Case 3:24-cv-00198-CEA-JEM    Document 1    Filed 05/02/24    Page 9 of 10    PageID #: 9

## AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

5-2-2024
DATE

_Ronald High Hutton_
SIGNATURE

Created:          January 31, 2007
IPF Application.wpd