UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RONALD HUGH HUTTON, ) <br> ) <br>    *Plaintiff*, ) <br> ) <br> v. ) <br> ) <br> ) <br> U.S. DEPARTMENT OF VETERANS ) <br> AFFAIRS, *et al.*, ) <br> ) <br>    *Defendant*. ) | Case No. 3:24-cv-198 <br><br> Judge Atchley <br><br> Magistrate Judge McCook |

## ORDER

On September 10, 2024, United States Magistrate Judge Jill E. McCook filed a Report and Recommendation [Doc. 9] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends that the Complaint [Doc. 2] be dismissed. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge McCook's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 9]. The Complaint [Doc. 2] is **DISMISSED**.

The Clerk is **DIRECTED** to close this case.

---

[1] Magistrate Judge McCook advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. (Doc. 9 at 11 n.9); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148–51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

**SO ORDERED**.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**